

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00135-CV

**IN THE INTEREST OF C.I.C.** and V.A.L., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00867
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 22, 2018.

_____
Rebeca C. Martinez, Justice